BRIER, IRISH, HUBBARD & ERHART, P.L.C.
6245 N. 24th Parkway, Suite 100
Phoenix, AZ 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
tfoster@bihlaw.com
For court filings/pleadings:
ctfilings@thfosterlaw.com
Attorneys for Movant David J. McHenry Family Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOSE A. DOMINGUEZ,<br><br>                                Debtor.<br><br>DAVID J. MCHENRY, TRUSTEE OF THE DAVID J. MCHENRY FAMILY TRUST DTD 8/30/1996,<br><br>                                Movant,<br><br>v.<br><br>JOSE A DOMINQUEZ,<br><br>                                Respondent. | Chapter 11<br><br>No. 4:15-bk-11701-BMW<br><br>Contested Matter _____<br><br>**NOTICE OF LODGING ORDER** |

    NOTICE is hereby given that Movant has filed a form of Order with the Court this date.

    DATED: March 21, 2019.

                                                          BRIER, IRISH, HUBBARD & ERHART, P.L.C.

                                                          /s/ Teresa H. Foster
                                                          Teresa H. Foster
                                                          6245 North 24th Parkway, Suite 100
                                                          Phoenix, AZ 85016
                                                          Attorneys for David J McHenry

ORIGINAL filed this 21st day of March,
2019, and copies of Notice and Order
emailed same date to:

Eric Slocum Sparks
Eric Slocum Sparks, PC
3505 N Campbell Ave Suite 501
Tucson, AZ 85719
law@ericslocumsparkspc.com
*Attorneys for Debtor*

AND notice given through Court ECR system
to those requesting notice.


   /s/   harry Stanford

2

Case 4:15-bk-11701-BMW   Doc 269   Filed 03/21/19   Entered 03/21/19 16:22:13   Desc
Main Document    Page 2 of 2