BRIER, IRISH, HUBBARD & ERHART, P.L.C.
6245 N. 24th Parkway, Suite 100
Phoenix, AZ 85016
Telephone (602) 522-3940
Facsimile (602) 522-3945
Teresa H. Foster, Of Counsel (010877)
tfoster@bihlaw.com
For court filings/pleadings:
ctfilings@thfosterlaw.com
Attorneys for Movant David J. McHenry Family Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| JOSE A. DOMINGUEZ, | No. 4:15-bk-11701-BMW |
| Debtor. | |
| DAVID J. MCHENRY, TRUSTEE OF THE DAVID J. MCHENRY FAMILY TRUST DTD 8/30/1996, | **NOTICE OF LODGING ORDER GRANTING MOTION TO LIFT STAY FOR PROPERTY LOCATED AT 4801 S. 12TH AVENUE, TUCSON, AZ 85714** |
| Movant, | |
| v. | |
| JOSE A DOMINQUEZ, | |
| Respondent. | |

NOTICE is hereby given that Movant has filed a form of Order with the Court this date.

DATED: April 18, 2019.

BRIER, IRISH, HUBBARD & ERHART, P.L.C.

/s/ Teresa H. Foster
Teresa H. Foster
6245 North 24th Parkway, Suite 100
Phoenix, AZ 85016
Attorneys for David J McHenry

ORIGINAL filed this 18th day of April, 2019, and copies of Notice and Order emailed same date to:

Eric Slocum Sparks
Eric Slocum Sparks, PC
3505 N Campbell Ave Suite 501
Tucson, AZ 85719
law@ericslocumsparkspc.com
*Attorneys for Debtor*

AND notice given through Court ECR system to those requesting notice.


  /s/   harry Stanford